

NUMBER 13-13-00216-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JOE PADILLA,                                                                              Appellant,

v.

FEDERAL NATIONAL
MORTGAGE ASSOCIATION,                                                      Appellee.

**On appeal from the County Court at Law No. 3
of Cameron County, Texas.**

# MEMORANDUM OPINION

**Before Justices Rodriguez, Benavides, and Longoria
Memorandum Opinion Per Curiam**

Appellant, Joe Padilla, appealed a judgment entered by the County Court at Law No. 3 of Cameron County, Texas. On April 25, 2013, the Clerk of this Court notified appellant that the notice of appeal failed to comply with Texas Rule of Appellate Procedure 9.5(e). *See* TEX. R. APP. P. 9.5(e). The Clerk directed appellant to file an

amended notice of appeal with the district clerk's office within 30 days from the date of that notice. On June 20, 2013, the Clerk notified appellant that the defect had not been corrected and warned appellant that the appeal would be dismissed if the defect was not cured within ten days. Appellant has not responded to the notice from the Clerk or corrected the defect.

An appellate court may dismiss a civil appeal for want of prosecution or failure to comply with a notice from the clerk requiring a response or other action within a specified time. *See* Tex. R. App. P. 42.3(b),(c). The Court, having considered the documents on file, and appellant's failure to correct the defect, is of the opinion that the appeal should be dismissed. *See id.* 37.3, 42.3(b),(c). Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION and failure to comply with a notice from the Court. *See id.*

PER CURIAM

Delivered and filed the
15th day of August, 2013.